## WASHBURN v. PULLMAN'S PALACE–CAR CO.

(Circuit Court of Appeals, First Circuit. September 16, 1896.)

### No. 138.

PULLMAN'S PALACE-CAR Co. v. WASHBURN, 66 FED. 790, AFFIRMED.

Error to the Circuit Court of the United States for the District of Massachusetts. This was a writ of scire facias sued out by the Pullman's Palace-Car Company against Frank L. Washburn to enforce against him a liability for costs as indorser of the writ in an action brought against the Pullman's Palace-Car Company by one Maggie M. Harrison, in which judgment had been rendered against the plaintiff for $813.94 costs. The circuit court gave judgment. See 66 Fed. 790, where the opinion there rendered will be found in full. The defendant brought error.

Freedom Hutchison, for plaintiff in error.

Benj. N. Johnson, for defendant in error.

Before COLT, Circuit Judge, and NELSON and WEBB, District Judges.

PER CURIAM. In this case we agree with the reasoning in the opinion, and with the conclusion reached by the circuit court. The judgment of the circuit court is affirmed.

---

HENDERSON v. UNION TRUST CO. OF PHILADELPHIA. AMERICAN LOAN & TRUST CO. v. SAME. THOMSON–HOUSTON ELECTRIC CO. v. SAME. (Circuit Court of Appeals, Sixth Circuit. May 12, 1896.) Nos. 363–365. Appeal from the Circuit Court of the United States for the Eastern District of Tennessee. Morse & Lane and Tully R. Cornick, for appellants. Wheeler & McDermott and Webb & McClung, for appellee. No opinion. Dismissed under rule 23, for failure to print the records.

---

DIETZ et al. v. SCHAAF. (Circuit Court of Appeals, Sixth Circuit. April 12, 1896.) No. 412. Appeal from the Circuit Court of the United States for the Southern District of Ohio. James N. Ramsey, for appellants. Edward C. Remeelin, for appellee. No opinion. Decree affirmed.

---

FLINT & P. M. R. CO. v. MARINE INS. CO., Limited, of LONDON, ENG. (Circuit Court of Appeals, Sixth Circuit. January 8, 1896.) No. 383. Error from the Circuit Court of the United States for the Eastern District of Michigan. Brennan, Donnelly & Van De Mark, for plaintiff in error. F. H. & G. L. Canfield, for defendant in error. No opinion. Dismissed upon the motion and at the cost of plaintiff in error.